IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01484-WYD-BNB

SOWARD RANCH, LLC,

     Plaintiff(s),

v.

HERBERT B. STORY, JR.,

     Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

     Defendant/Counter-Plaintiff's Unopposed Motion For Stay of Litigation and Deadlines Pending Anticipated Settlement, filed June 5, 2007 (docket #37) is **GRANTED**.  The pending Motion for Summary Judgment shall be held in abeyance until July 15, 2007.

     Dated:  June 6, 2007