IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01484-WYD-BNB

SOWARD RANCH, LLC,

    Plaintiff(s),

v.

HERBERT B. STORY, JR.,

    Defendant(s).

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation and Joint Motion for Dismissal of Action With Prejudice, filed August 9, 2007 (docket #45).  Upon review of the motion and the file in this matter, it is hereby

ORDERED that the Stipulation and Joint Motion for Dismissal of Action With Prejudice, filed August 9, 2007 (docket #45) is **GRANTED**.  It is

FURTHER ORDERED that this matter is Stipulation and Joint Motion for Dismissal of Action With Prejudice, filed August 9, 2007 (docket #45) **DISMISSED WITH PREJUDICE**, each party to pay its or his own attorneys' fees and costs.

Dated:  August 14, 2007

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          U. S. District Judge